have and recover judgment against petitioner for $1,350, together with interest thereon at six per cent. per annum from January 28, 1952. The costs of all courts are taxed against respondent.

**FLOYD v. STATE.**

No. 26309.

Court of Criminal Appeals of Texas.

March 11, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully driving an automobile upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $100.

The complaint and information, as well as all other matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.